David Jacobs            State Bar No. 073545
Deanna L. Ballesteros   State Bar No. 159079
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile:  310.553.2165
djacobs@ebglaw.com
dballesteros@ebglaw.com

Attorneys for Defendant
QUEST DIAGNOSTICS INCORPORATED
erroneously sued as QUEST DIAGNOSTICS and
QUEST DIAGNOSTICS, INC.

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUEST DIAGNOSTICS; QUEST DIAGNOSTICS, INC.,<br><br>　　　　Defendant. | CASE NO. SACV08-732-AG(RNBx)<br><br>Honorable Andrew J. Guilford<br>**JUDGMENT** |

　　　This action came on for hearing before the Court on May 4, 2009, the Hon. Andrew J. Guilford, District Judge Presiding, on a Motion for Summary Judgment, Or In The Alternative, Partial Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

　　　**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Olivia Vasquez take nothing, that the action be dismissed on the merits, and that defendant Quest Diagnostics Incorporated recover its costs.

Dated:  May 22, 2009　　　　By: _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE